# United States Court of Appeals
## For the First Circuit

No. 10-1750

JUAN FERNANDO RESTREPO,

Petitioner,

v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

Before

Torruella, Circuit Judge,
Souter,* Associate Justice,
and Boudin, Circuit Judge.

Randy Olen, on brief for petitioner.
Nancy E. Friedman, Senior Litigation Counsel, Office of
Immigration Litigation, Civil Division, Tony West, Assistant
Attorney General, Civil Division, and Richard M. Evans, Assistant
Director, on brief for respondent.

April 12, 2012

---

* The Hon. David H. Souter, Associate Justice (Ret.) of the
Supreme Court of the United States, sitting by designation.